| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 3:98CR86-001/RV |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Jesse Oscar Gonzalez<br>Southern District of Texas | Florida Northern | Pensacola |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Roger Vinson, Senior U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/08/08 — TO 12/07/16 |

OFFENSE

Conspiracy to Possess with Intent to Distribute Marijuana, in violation of 18 U.S.C. §§ 841(a), (b)(1)(B)(vii) and 846.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Texas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6/19/09
Date

Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/30/09
Effective Date

Lee H. Rosenthal
United States District Judge

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA FLA

09 JUL -9 PM 3:50

RECEIVED



NORTHERN DISTRICT OF FLORIDA
Probation and Pretrial Services

# MEMORANDUM

DATE: July 9, 2009

REPLY TO ATTN OF: Bryan E. Jansen
U.S. Probation Officer
Pensacola, Florida

SUBJECT: **GONZALEZ, Jesse Oscar
Docket No.: 3:98CR86-001/RV
TRANSFER OF JURISDICTION**

TO: Clerk's Office
Pensacola, Florida

---

Enclosed please find two original Probation Forms 22, ordering that the jurisdiction of the supervised releasee be transferred with the records of our court to the United States District Court for the Southern District of Texas, Houston Division. Senior U.S. District Judge Roger Vinson ordered the jurisdiction transfer on June 19, 2009, and U.S. District Judge Lee Rosenthal in the Southern District of Texas accepted the transfer of jurisdiction on June 30, 2009.

Please forward a certified copy of the Probation Form 22 to our office and send the appropriate file to the U.S. District Clerk's Office for the Southern District of Texas.

If you have any questions regarding this matter, please contact me at (850) 435-8430, ext. 295.

BEJ/mc

Encls.: Probation Form 22 (2)

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

09 JUL -9 PM 3: 50

KG

RECEIVED